# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-915-974**

EFFECTIVE DATE OF REGISTRATION

APR   29   2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
God's Plan for Marriage and Family - Mothers of Young Children Animator's Handbook Year 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** **NAME OF AUTHOR ▼**
Paul Ernest Sellors

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1943

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ► USA
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-authored entire work

**b** **NAME OF AUTHOR ▼**
Elizabeth Mary Sellors

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1945

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ► USA
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-authored entire work

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1994  ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ► 9   Day ► 1   Year ► 95   ◄ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Paul Ernest Sellors
Elizabeth Mary Sellors
3205 Roosevelt Street NE
Minneapolis, MN 55418

APPLICATION RECEIVED
APR 29 2004   4/15/04
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 29 2004   4/15/04

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ►   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   Page 1 of 2 pages

\*Photocopies accepted under a grant of special relief in accordance with 37 CFR 202.20(d)  See correspondence file

**EXAMINED BY**

**CHECKED BY**

**CORRESPONDENCE** ☒ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶   Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6** a b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

David E Krause, Esquire
KRAUSE & ROLLINS, Chartered
310 Groveland Avenue
Minneapolis, MN 55403

Area code and daytime telephone number ▶            Fax number ▶
Email ▶

**7** b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul Ernest Sellors, Elizabeth Mary Sellors      Date ▶ 4/14/04

Handwritten signature (X) ▼
X _Paul Sellors_      _Elizabeth Sellors_

**8**

Certificate will be mailed in window envelope to this address

Name ▼
David E Krause, Esq
Number/Street/Apt ▼
310 Groveland Avenue
City/State/ZIP ▼
Minneapolis, MN 55403

**9**

17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2003—xxx  Web Rev July 2003  ⓟ Printed on recycled paper                       U.S. Government Printing Office: 2000-461-113/20,021