JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1. (a) PLAINTIFFS**
Paul Sellors and Elizabeth Sellors

**DEFENDANTS**
Legionaries of Christ, et. al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Hennepin
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Westchester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
David E. Krause
310 Groveland Ave., Minneapolis, MN 55403
(612) 874-8550

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
☒ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
Citizen of This State: PTF ☒ 1

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)
PROPERTY RIGHTS: ☒ 820 Copyrights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**
17 U.S.C. Section 101, et. seq.

**VII. REQUESTED IN COMPLAINT:**
DEMAND $ 2,000,000
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**

DATE

SIGNATURE OF ATTORNEY OF RECORD: [signature] David Krause

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____