UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Paul Sellors and Elizabeth Sellors, | Court File No.: 04-CV-02895 (RHK-AJB) |
| Plaintiffs, | |
| vs. | **MOTION TO ENFORCE SETTLEMENT** |
| Legionaries of Christ, an organization, Legion of Christ, Incorporated, a New York corporation, FAMILIA USA, Inc., a New York corporation, FAMILIA, a Minnesota non-profit Corporation and Anthony Bannon, | |
| Defendants. | |

This motion is made to enforce the settlement of this case made on December 13, 2004 at a settlement conference conducted by Magistrate Judge Arthur Boylan. Under of the settlement, Judge Boylan has the authority to decide all issues regarding the language of the settlement documents.

Plaintiffs move for an order directing the parties to execute the settlement instruments proposed by Plaintiffs and to perform the settlement. These instruments are attached to the accompanying Affidavit of David E. Krause and are discussed in the Plaintiffs' Memorandum. If the Court determines that any modification in said instruments is appropriate, Plaintiffs move for an order directing the parties to execute said instruments, as modified by the Court, and to perform the settlement.

2

| | |
|---|---|
| Dated: March 10, 2005. | KRAUSE & ROLLINS, CHTD. |
| | |
| | s/David E. Krause<br>David E. Krause (#58117)<br>James B. Hovland (#47491)<br>310 Groveland Avenue<br>Minneapolis, MN 55403<br>Telephone:  (612) 874-8550<br>Facsimile:  (612) 874-9362 |
| | ATTORNEYS FOR PLAINTIFFS |

2