**Case Name**: Sellors v. Legionaries of Christ, et al

**Case Number**:  04-2895 RHK/AJB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I caused the following documents:

Defendants' Memorandum in Support of Motion to Enforce the Settlement Agreement; Affidavit of J. Christopher Cuneo; and Affidavit of Stephen C. Rathke

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David E. Krause, Esq.

Dated:  March 22, 2005         s/Stephen C. Rathke
                               Stephen C. Rathke, I.D. No. 89771