UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL SELLORS and ELIZABETH SELLORS,                    Civil No. 04-2895 RHK/AJB

    Plaintiff,

v.                                                                                              ORDER

LEGIONARIES OF CHRIST, ET AL.,

    Defendant.

---

WHEREAS, the parties appeared before the undersigned Magistrate Judge on the 13th day of December, 2004, and entered into and placed on the record a final settlement between them concerning the above captioned litigation, and

WHEREAS, following the parties' appearance on December 13, 2004, they have attempted to memorialize the final settlement in writing but disagree on the exact language to be used in said written documents,

WHEREAS, the Court has considered the arguments and proposed language by each of the parties and has reviewed the transcript of the proceedings held on December 13, 2004,

NOW THEREFORE, IT IS HEREBY ORDER THAT:

The attached Settlement and Copyright Agreement fully and accurately reflects the written description of the settlement of which the parties entered into on December 13, 2004.

Dated: April 11, 2005                                s/ Arthur J. Boylan
                                                          ARTHUR J. BOYLAN
                                                          United States Magistrate Judge

MEMORANDUM

Although the parties are encouraged to execute the document that is attached

hereto, the review of the transcript reveals that the agreement of the parties is final and enforceable even in the absence of signatures on documents which would be prepared to memorialize the parties' final agreement.

AJB